Richard A. Hoyer (SBN 151931)
HOYER & ASSOCIATES
Michael S. Sorgen (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Fax: (415) 956-6342, (415) 276-1738
Email: rhoyer@hoyerlaw.com;
msorgen@sorgen.net
Attorneys for Petitioners

E-filing

FILED
JUL 12 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMR

THOMAS OKECHUKWU; and BILLY E. WYBLE, JR., *on behalf of all persons similarly situated*

Petitioners,

vs.

DEM ENTERPRISES, INC., a California Corporation, doing business as ABC CHAUFFERED LIMOUSINES,

Respondent.

CASE NO. C 09-05148 (SI)

CV 12 3654

NOTICE OF RELATED CASE;
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Petitioners hereby submit this Notice of Related Case and Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 3-12. Under Civil L.R. 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Civil L.R. 3-12(a). Whenever a party knows or learns that an action may be related to an action which is or was pending in the Northern District, said party must "promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11."

An Order regarding a motion to compel arbitration was entered in *Vazquez v. Servicemaster Global Holding Inc, et. al.*, C 09-05148 by Judge Susan Illston on June 29, 2011. Subsequently, a similar Order regarding a motion to compel arbitration was entered in *Yahoo! Inc. v. Iversen*, 11-CV-03282 by Judge Lucy H. Koh on October 11, 2011. In both instances, employers sought to compel employees to submit to individual arbitration in regards to the employees' claims against the employer; while the employees maintained that the arbitration agreements at issue allowed for arbitration as a class. Both Judges determined that an enforceable arbitration agreement existed, and ordered the parties to arbitrate in accordance with the agreement, with the issue of arbitrability of class-wide claims to be decided by the arbitrator.

While it is the employees seeking to compel arbitration in the case at hand, Petitioners' claims against Respondent are similar to those of the employees in the cases previously decided. The claims include wage and hour violations which apply broadly to many employees of Respondent. A valid and enforceable arbitration agreement exists between the parties, however, Respondent has refused to submit to class arbitration, or alternatively, to allow an arbitrator to decide the availability of class arbitration. This case involves substantially similar parties, facts and request for class arbitration as the previously-decided cases. Accordingly, there would be an unduly burdensome duplication of labor and expense and there will be a risk of conflicting results, if the case at hand is not related to *Vazquez* or *Yahoo!* and assigned to Judge Illston or Judge Koh.

Dated: July 12, 2012         Respectfully submitted,

/s/ Michael S. Sorgen
Michael S. Sorgen
LAW OFFICES OF MICHAEL S. SORGEN

Richard A. Hoyer
HOYER & ASSOCIATES

Attorneys for Petitioners
THOMAS OKECHUKWU and BILLY E. WYBLE, JR., *and all others similarly situated*

NOTICE OF RELATED CASE

**PROOF OF SERVICE BY U.S. MAIL & ELECTRONIC MAIL**

RE: *Okechukwu v. DEM Enterprises, Inc., a California Corporation, doing business as ABC Chauffeured Limousines*
Case No. _____

I declare that I am employed in the City and County of San Francisco, State of California. I am over eighteen years of age and not a party to the within entitled cause. My business address is 240 Stockton Street, 9th Floor, San Francisco, California 94108. I am familiar with this office's practice for depositing mail with the United States Post Office.

On the date below, I served the within:

**NOTICE OF RELATED CASE; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**, and

**MOTION TO COMPEL ARBITRATION; AND APPOINT A MEUTRAL ARBITRATOR**

on the party to said cause by depositing a true copy of items listed above in a sealed envelope, with postage thereon fully pre-paid for collection and processing with the United States Postal Service in San Francisco, California, addressed as follows:

Mark E. Burton, Jr.
Nancy Hersh
**Hersh & Hersh**
601 Van Ness Avenue, Ste. 2080
San Francisco, California 94102
and by email to: mburton@hershlaw.com
    nhersh@hershlaw.com

Michael Lion Tracy
Law Offices of Michael Tracy
2030 Main St STE 1300
Irvine, CA 92606
and by email to: questions@michaeltracylaw.com

Lauren Hallinan
**Hallinan & Wine**
Law Chambers Building
345 Franklin Street
San Francisco, California 94102
and by email to: lauren@hallinanwine.com

Amanda C. Sommerfeld
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
and by email to: asommer@winston.com

Joan B. Tucker Fife
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
and by email to: jfife@winston.com

///

////

Proof of Service: Ntc of Rel. Case
Case No. _____

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on July 12, 2012.

*Rebecca Truong*
Legal Assistant