**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS OKECHUKWU, et al.,

    Petitioners,                                        No. C 12-03654 JSW

    v.

DEM ENTERPRISES, INC., et al.,            **JUDGMENT**

    Respondents.

    Pursuant to the Order of this date granting Petitioners' motion to compel arbitration, JUDGMENT is HEREBY ENTERED in favor of Petitioners and against Respondent.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: September 27, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE